IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20558
Conference Calendar
_____

JOHNNY LEWIS, JR.,

Plaintiff-Appellant,

versus

LEPHER JENKINS; HOAH BUI;
BERNARD IHAZA,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-96-CV-317
- - - - - - - - - -
October 23, 1996
Before POLITZ, Chief Judge, and JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

Johnny Lewis, Jr., #618757, appeals from the district court's dismissal of his in forma pauperis complaint as frivolous. We have reviewed the record and Lewis's brief and find no abuse of discretion. Because Lewis's appeal lacks an arguable basis in law, it is frivolous. Because the appeal is frivolous, it is DISMISSED. 5th Cir. R. 42.2. We caution

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

appellant that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, appellant is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED.